**96–2494.  State ex rel. Coleman v. Ohio Adult Parole Auth.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2502.  State ex rel. Fallang v. Conese.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2506.  State ex rel. Parks v. Court of Appeals, Second Dist.**
In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2535.  State ex rel. Tucker v. Ninth Dist. Court of Appeals.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2542.  State ex rel. Perkins v. West.**
In Mandamus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2581.  State ex rel. Nieves v. Ninth Dist. Court of Appeals.**
In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2584.  State ex rel. Hart v. Zaleski.**
In Quo Warranto.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2885.  State ex rel. Mayberry v. Kurfess.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2886.  State ex rel. Mayberry v. Kurfess.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

